IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00253-CMA-MEH

PROGRESSIVE PREFERRED INSURANCE COMPANY,

    Plaintiff,

v.

CANYON INSURANCE & FINANCIAL SERVICES, LLC,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. #16). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own attorneys fees and costs.

DATED: August  9 , 2010

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge